IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIEGO XIAP,<br><br>Defendant. | CR 24-156-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DIEGO XIAP is hereby released from the custody of the U.S. Marshals Service.

DATED this 23rd day of July, 2025.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1